UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHOON FOO YONG,<br><br>Defendant.<br><br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM,<br><br>Garnishee. | No.  2:24-mc-00132-DC-JDP<br><br>ORDER TERMINATING WAGE GARNISHMENT<br><br>(Doc. No. 11) |

This matter is before the court on Plaintiff United States' request for an order terminating writ of wage garnishment.  (Doc. No. 11.)  As set forth in Plaintiff's original application for a writ of garnishment, the United States sought to garnish twenty-five percent (25%) of Defendant Yong's non-exempt disposable earnings held by California Public Employees' Retirement System. (Doc. No. 1.) The court issued the writ of garnishment on March 27, 2024. (Doc. No. 3.) On May 28, 2026, the United States filed the pending request for an order terminating the writ of wage garnishment pursuant to 28 U.S.C. § 3205(c)(10). (Doc. No. 11.)

Good cause appearing from the review of the court files and the United States' request for an order terminating wage garnishment, the court orders as follows:

1

1. The United States' request (Doc. No. 11) is GRANTED;

2. The writ of garnishment issued against Defendant Choon Foo Yong is hereby terminated pursuant to 28 U.S.C. § 3205(c)(10); and

3. The Clerk of the Court is directed to close this miscellaneous case.


IT IS SO ORDERED.

Dated:  __**June 25, 2026**__

_____
Dena Coggins
United States District Judge

2